395 A.2d 961

Commercial Banking Corporation v. Chandlee (et al., Appellant).

Argued September 13, 1978. Norman M. Rosengarten, for appellant; Jeffrey P. Lowenthal, for appellee, Commercial Banking Corporation.

Before PRICE, HESTER and HOFFMAN, JJ.

OPINION PER CURIAM: This case is remanded to the trial court for the filing of a full opinion pursuant to Pa.R.A.P. 1925. Compliance is required within sixty (60) days from the date of this order. Upon receipt of the required opinion, the Prothonotary's office shall establish a new briefing schedule and reschedule the appeal for argument.